Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Strumlauf et al.,

    Plaintiff(s)

v.

Starbucks Corporation,

    Defendant(s)

Case No. C 16-CV-01306-TEH

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  Private mediation before a neutral to be agreed by the parties.

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered.*)
- ☒ other requested deadline: To be set at subsequent CMC.

Date: 7/5/2016     Signed: _____
                                                Attorney for Plaintiff

Date: 7/5/2016     Signed: Robert A Grusky
                                                Attorney for Defendant

Print Form

- ☒ IT IS SO ORDERED
- ☐ IT IS SO ORDERED WITH MODIFICATIONS:

7/11/2016     _____
                            U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices:
"Stipulation & Proposed Order Selecting Mediation" *or* "Stipulation & Proposed Order Selecting ENE" *or* "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 6-2016