1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2     Including Professional Corporations
   ROBERT J. GUITE, Cal. Bar No. 244590
3  Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
4  Telephone:   415.434.9100
   Facsimile:   415.434.3947
5
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
6     A Limited Liability Partnership
   Including Professional Corporations
7  FRED R. PUGLISI, Cal. Bar No. 121822
   SASCHA HENRY, Cal. Bar No. 191914
8  ABBY MEYER, Cal. Bar No. 294947
   333 South Hope Street, 43rd Floor
9  Los Angeles, California 90071-1422
   Telephone:   213.620.1780
10 Facsimile:   213.620.1398
   fpuglisi@sheppardmullin.com
11 shenry@sheppardmullin.com
   ameyer@sheppardmullin.com
12
   Attorneys for Defendant
13 Starbucks Corporation

14
               UNITED STATES DISTRICT COURT
15
      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
16

17
   SIERA STRUMLAUF, BENJAMIN        Case No. 4:16-cv-1306-YGR
18 ROBLES, BRITTANY CRITTENDEN,
   individually and on behalf of all others
19 similarly situated,
                                      **DECLARATION OF**
20         Plaintiffs,                     **DEBRA ANTONIO**

21      v.

22 STARBUCKS CORPORATION,

23         Defendant.

24

25

26

27

28

# DECLARATION OF DEBRA ANTONIO

I, Debra Antonio, declare as follows:

1. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I am employed by Starbucks Corporation ("Starbucks") and have been since approximately 2004. My current job title is manager, product development, which is part of the research and development team at Starbucks. My job responsibilities include new product development, which then eventually results in ingredients being chosen and recipes for new offerings being created. For example, one of my projects was creating Honey Latte, which was a limited time offering at Starbucks. The team had the idea for Honey Latte, worked with a team of Starbucks partners (partners are people who work at Starbucks) to create the recipe, tested the product, and was involved with other, related processes up through launch of the product.

3. Starbucks offers a variety of food and beverage products in its company-owned stores in the United States. Among them are lattes and mochas. A latte has three components: espresso, steamed milk and milk foam. It is served as a hot beverage. A mocha has four components: espresso, steamed milk, mocha sauce and whipped cream (and the whipped cream contains vanilla syrup). It, too, is served as a hot beverage.

4. When ordering, a Starbucks customer may customize their beverage in a number of ways. For example, the customer may specify the type of milk (skim, whole, almond, soy, etc.), sweetener types and syrups (vanilla, etc.), and even how much foam (none, extra, etc.). Once the barista has prepared the beverage, he or she hands it to the customer. Currently, the cups all contain Starbucks Barista Promise: "Love your beverage or let us know. We'll always make it right."

5. During the class period, Starbucks has offered a variety of different flavored lattes and mochas. For example, Starbucks has seasonal offerings such as Pumpkin Spice Latte. Starbucks also offers flavored lattes such as Vanilla Latte and, some limited time offerings such as Smoked Butterscotch Latte.

6.    In general terms, a Starbucks barista prepares a latte in the following steps.  First, a barista begins by starting to steam the milk.  While the milk is steaming, the barista queues the shot or shots (i.e., begins the process of having the espresso machine make a shot or shots of espresso).  While those processes are ongoing, the barista pumps syrup (if any has been requested) into a cup.  Next, the barista adds the espresso shot(s) to the cup.  The barista then adds steamed milk and milk foam filling the cup to a quarter inch below the rim.

7.    The number of shots and pumps of syrup can vary.  For example, the standard recipe calls for one shot of espresso in a tall-sized latte and two shots of espresso in grande- and venti-sized lattes.  A tall-sized latte, if the customer requests syrup, will receive three pumps of syrup whereas a grande will receive 4 pumps, and a venti will receive 5 pumps.  A customer may request variations on each of these by specifying more or less espresso shots and more or less syrup.

8.    A mocha is prepared similarly to a latte, but a with a few variations.  Instead of possibly adding syrup, a mocha is made with pumps of mocha sauce. Whereas the pump of syrup used for lattes measures at approximately .25 fluid ounces, each pump of mocha sauce used in a mocha measures at approximately .50 fluid ounces.  Instead of a latte's milk foam, a mocha is topped with whipped cream.

9.    Starbucks offers other variations on its latte recipe as well.  For example, it seasonally offers an Eggnog Latte.  It varies from a standard latte in a number of ways.  Instead of steaming only milk, the barista steams both eggnog and milk.  No syrup or sauce is added.  Nutmeg is added to the top of the beverage.  A Gingerbread Latte is made with gingerbread syrup, but instead of milk foam, the product is topped with whipped cream and nutmeg.

10.    Starbucks also offers tea lattes such as chai tea lattes and green tea lattes. They differ from both lattes and mochas.  For example, for a chai tea latte, a barista begins by starting to steam the milk.  No espresso is used but rather between  two and five pumps of chai concentrate is added to the cup.  Half of the cup is filled with hot water.  The rest is filled with steamed milk and topped with a quarter inch foam to a quarter-inch below the rim.

11. Starbucks offers other variations on its mocha recipe as well. For example, it seasonally offers Peppermint Mocha. Its preparation differs from a standard mocha in two ways. First, in addition to adding pumps of mocha sauce, the barista adds between two and five pumps of peppermint syrup. Second, during the holiday season, chocolate curls are added on top of the whipped cream.

12. Though these beverages vary in terms of which and how much of ingredients other than milk are contained in each one, the steamed milk is always added after the espresso, syrups and sauces. This permits the barista to finish the beverage by filling it to a quarter inch below the rim.

13. As part of the milk steaming process, a barista is instructed to first aerate the milk. This process, along with steaming the milk, results in the milk growing in volume. In other words, as milk is aerated and steamed, it expands, taking up more room in the steaming pitcher. As steamed milk and milk foam cools, it likewise decreases in volume. I have observed both of these occurring while developing new espresso-based products for Starbucks.

14. As mentioned above, a customer may specify the type of milk for his or her beverage. While 2% milk is the default, a customer may request skim milk, 1% milk, or whole milk. Depending on the market, Starbucks also offers non-dairy milks such as coconut milk, almond milk and soy milk. Each of these types of milks aerates and foams differently from 2% milk, with some having a higher density than others. I have observed these differences as part of my work for Starbucks as new milks are introduced and new beverages are created.

15. Because the amount of steamed milk needed will vary depending on customization by the customer, the type of milk used, the type of beverage, and the variation of the beverage, Starbucks steaming pitchers have etched lines that are merely guiding tools for this process. Baristas may use the etched lines as a guide when pouring cold milk into the steaming pitcher. The recipes for all lattes and mochas call for the cup to be filled to a quarter of an inch below the rim.

16. Starbucks considers its product recipes, formulations and processes to be proprietary commercial information. It limits access to recipes to employees with a demonstrable business need for the information. If this information were disclosed publicly, Starbucks competitors could gain valuable insights into proprietary formulations and beverages. This would allow competitors to gain an unfair advantage over it by, for example, adopting the business methods without having incurred the cost of developing those methods.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on this 2nd day of October, 2017, at Seattle, Washington.

_____
DEBRA ANTONIO