UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SIERA STRUMLAUF, BENJAMIN ROBLES, BRITTANY CRITTENDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>Defendant. | Case No. 4:16-cv-1306-YGR<br><br>[~~PROPOSED~~] JUDGMENT |

1     Pursuant to the Court's January 5, 2018 Order granting the Motion for Summary Judgment filed by Starbucks Corporation ("Defendant"), which dismissed all of the claims asserted by Plaintiffs Siera Strumlauf, Benjamin Robles and Brittany Crittenden ("Plaintiffs"),

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiffs.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims are dismissed with prejudice.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendant shall have its costs of suit.

    **IT IS SO ORDERED**.

DATED: <u>January 11</u>, 2018

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE