| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Form CAND 133 (Rev. 2/2017) | **BILL OF COSTS**<br>*Please follow the instructions on page 3 when completing this form.* | **COURT USE ONLY**<br>OBJECTION DEADLINE:<br>OBJECTION FILED: YES ☐      NO ☐ |
|---|---|---|
| 1. CASE NAME<br>Siera Strumlauf et al. v. Starbucks Corporation | 2. CASE NUMBER<br>16-cv-01306-YGR     3. DATE JUDGMENT ENTERED<br>January 11, 2018 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED<br>Plaintiffs Siera Strumlauf, Benjamin Robles and Brittany Crittenden |
| 5. NAME OF CLAIMING PARTY<br>Starbucks Corporation | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE")<br>Robert J. Guite, Sascha Henry | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                              (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | *Amt Allowed* | *Disallowed* | *Disallowance Reason* |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $47.50 | Declaration of Robert J. Guite, ¶ 3. | | | |
| Service of Process, Civil LR 54-3(a)(2) | | | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | $45.90 | Declaration of Robert J. Guite, ¶ 4 and Exh. A (invoice 33212 (dated 8/10/2016) from Cathern M. Vernon & Associates; invoice 00005918 (dated 11/16/2017) from official court reporter Diane Skillman) | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $21,059.25 | Declaration of Robert J. Guite, ¶ 5 and Exh. B (invoice nos. SF2873745 (dated 2/16/2017), SF2893152 (dated 2/24/2017), SF2899704 (dated 3/3/2017), SF2988402 (dated 6/1/2017), SF2997923 (dated 6/9/2017), SF3104741 (dated 9/27/2017), SF3106284 (dated SF3115887 (dated 10/10/2017), DF3105073 (dated 9/27/2017) SF3136317 (dated 10/27/2017) from Veritext Legal Solutions and invoice nos. 14056 (dated 11/29/2017, 140493 (dated 12/12/2017), 154544 (dated 1/4/2018 from Abrams, Mah & Kahn) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Deposition exhibits, Civil LR 54-3(c)(3) | $2,232.10 | Declaration of Robert J. Guite, ¶ 5 and Exh. B invoice nos. SF2873745 (dated 2/16/2017), SF2893152 (dated 2/24/2017), SF2899704 (dated 3/3/2017), SF2988402 (dated 6/1/2017), SF2997923 (dated 6/9/2017), SF3104741 (dated 9/27/2017), SF3106284 (dated SF3115887 (dated 10/10/2017), DF3105073 (dated 9/27/2017) SF3136317 (dated 10/27/2017) from Veritext Legal Solutions and invoice nos. 14056 (dated 11/29/2017, 140493 (dated 12/12/2017), 154544 (dated 1/4/2018 from Abrams, Mah & Kahn) | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | $17,431.11 | Declaration of Robert J. Guite, ¶¶ 6-7 and Exh. C (invoice nos. 021526 (dated 4/30/2017), 022854 (dated 6/30/2017), 023466 (dated 7/31/2017), 024140 (dated 8/31/2017) , 024680 (dated 9/30/2017) from United Lex Corporation); Exh. D (Sheppard Mullin Richter & Hampton LLP Disbursement Detail Report through 1/1/2018) | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | | | | | |
| Visual aids, Civil LR 54(d)(5) | | | | | |
| e. WITNESS FEES AND EXPENSES | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| g. MISCELLANEOUS COSTS | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | $40,815.86 | | $ 0.00 | $ 0.00 | |

9. ADDITIONAL COMMENTS, NOTES, ETC: Starbucks may seek, through separate motion, recovery of its reasonable attorneys' fees and its non-taxable costs against Plaintiff Crittenden pursuant to the Florida Deceptive and Unfair Trade Practices Act. Nothing contained herein should be construed as a waiver of defendant's entitlement to the same.

| 10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.<br>**Name of Attorney/Claiming Party**: Robert J. Guite<br><br>**SIGNATURE**:    s/Robert J. Guite                    **DATE**: 1/17/2018 | 11. Costs are taxed in the amount of          and included in the judgment.<br>Susan Y. Soong<br>Clerk of Court<br><br>**BY**:                , Deputy Clerk    **DATE**: |
|---|---|

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME, CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL WITNESS FEES/EXPENSES | | $ 0.00 |